# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00086-CV

**Larry W. Campbell and Jacquie L. Campbell, Appellants**

**v.**

**Rolling Hills Reserve Property Owners Association, Inc., Appellee**

---

### FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### NO. 54791, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants Larry W. Campbell and Jacquie L. Campbell have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Appellants' Motion

Filed: April 18, 2024